FILED

JUN 1 0 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 20 CR 260 |
| v. | Violation: Title 18, United States Code, Section 844(i) |
| TIMOTHY O'DONNELL | JUDGE WOOD<br>MAGISTRATE JUDGE FUENTES |

The SPECIAL JANUARY 2019 GRAND JURY charges:

On or about May 30, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

TIMOTHY O'DONNELL,

defendant herein, maliciously damaged and destroyed and attempted to damage and destroy, by means of fire, a Chicago Police Department vehicle numbered 9570, used in interstate commerce and in an activity affecting interstate commerce;

In violation of Title 18, United States Code, Section 844(i).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY