FILED
2/1/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AK

JUDGE WOOD
MAGISTRATE JUDGE FUENTES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number: 20 CR 260 |
| v. | Violation: Title 18, United States Code, Section 231(a)(3) |
| TIMOTHY O'DONNELL | **SUPERSEDING INFORMATION** |

The UNITED STATES ATTORNEY charges:

On or about May 30, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

TIMOTHY O'DONNELL,

defendant herein, did knowingly commit an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of official duties incident to and during the commission of a civil disorder, which in any way or degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce;

In violation of Title 18, United States Code, Section 231(a)(3).

STEVEN DOLLEAR
Digitally signed by STEVEN DOLLEAR
Date: 2022.01.31 15:10:00 -06'00'

Signed by Steven J. Dollear on behalf of the
UNITED STATES ATTORNEY