Judge Andrea R. Woods,

I am writing to you because I feel it is absolutely necessary that I express myself in the most up front and straightforward way possible in regards to this current offense and how previous charges could effect the outcome. First off and foremost I would like to take full responsibility for my actions that occured during the Civil unrest that broke out in downtown Chicago on May, 30th 2020. My conduct was dangerous, as the vehicle on fire could have caused injury to those nearby. Fortunately, there is no information to suggest that anyone was physically harmed by the fire. It was the most outlandish display of angst that I may have been harboring from various personal accounts of mental and physical abuse by law enforcement when I was either travelling or homeless. Regardless it was uncalled for and I assure you, your Honor, is completely out of my character. Allthough it was very unlike me, it did happen, the various News Agencies reported on it and my behavior calls for the proper punishment that I am fully trusting you will decide for me come Sentencing in June. I am worried however that the prosecution could try and paint quite the ugliest picture of me. And after I had reaquianted myself with the previouse charges that occured throughout my life I realized that could be possible without the proper explanation. I will admit that I was a less than desirable thinker in my early 20's and I'll assure you that I no longer walk the same way I use to. Mainly in part because I stopped drinking Alcohol for good at age 25. Now your Honor, 12 years ago I had plead guilty to a pretty seriouse charge in Michigan that I should have faught. At the time I was unaware of the severity of a felony and ignorantly thought that if I plead guilty to Assault with intent to rob without a weapon that I could just leave the county of Washtenaw and be on my merry way with my stinking thinking and leave it at that. I did not have any intentions to rob anyone that day, your Honor, I did however slap the purse off a woman's shoulder after being verbally insulted about my sloppy guitar playing and dirty homeless appearance. I acted on impulse with the help of alcohol and that was extremely wrong. I was unebreated on liquor because I had just turned 21 around that time but there is still no excuse for such actions and I know that. Then I did not follow through with the proper legal process in hopes I could just leave and ended up serving out the maximum of a year in the county jail for that penalty. I continue to be plagued by this offense for my judgement in the past but hopefully one day I will return to Michigan in better respects and proceede to expunge this offense off my record. As you should be aware, your Honor, that I had travelled the United States for the majority of my 20's in



a very unconventional manner, trying my hand at many jobs that continues to inspire my music, visual art and poetry to this day. I travelled by means of Hitch Hiking and in some cases by Freight Train and personally feel I've achieved so much more for exploring these unconventional means of seeing the States. It was in no way whatsoever just a means of living for free off of the hardwork of other people either. I spread a message of love, kindness, music and art along my way while exploring the many trades and jobs America has to offer. Your Honor, I had no need to rob, steal or thieve while I travelled on the road. I was gifted with many talents that helped me attain currency by means of public entertainment or hard labor when found. Most cities have a colledge district, bar scene or gallery locations where I found myself a safe area to busk with my instruments. I could also display my visual art on location for a suggested donation. Most times I'd earn enough to help me purchase a room for the night at a cheap Motel or a Hostel. On other nights I would enjoy the wisper of the great outdoors while camping, and believe me I was always well prepared to do so taking from knowledge I'd aquired while being in the Boy Scouts of America. You'd be absolutely stunned, your Honor, at just how many great people this country has to offer and I've mingled with some of the best, it was just an amazing time. I know the prosecution is going to make it seem that I am this drug-addled, transient trouble maker that just took from our great citizens and that is absolutly not the case. Most times I gave back more than I've recieved and that was just my nature. I did however have my run ins with drugs and they have cursed my record but I assure you I'm not some felonious vagabond just ripping off people from state to state. I would like to think I was blessing the public with my stories from the road, poetry and art. I tried my hand at many trades and crafts and learned a good work ethic, wether it was working as a Ranch Hand in Texas, laying pavement in Montana, from setting up Carnivals throughout the Mid-West to washing dishes in five star resturaunts in Kentucky. I do acknowledge I have a problem with opiate addiction and it will continue to be an uphill battle for the rest of my life, your Honor. And with these two years where I focused on myself behind me I am ready to hike that mountain. I took these two years to re-assess my living situation beyond the walls of M.C.C., built and organized a good support system for myself and established steps to get myself back into working progressive America. Now, your Honor, I can see how one may think that this current affair with fire is not an isolated situation in regards to the 10 year old



charge in DeKalb County, Decatur, Georgia of Wreckless Obstruction. I realize an explanation to this offense is almost trivial to determining the outcome of my sentencing. It comes down to the fact that I was apprehended in the back of an Atlanta Transport Vehicle seperated by a wall from a female detainee. We both had agreed we were in dire need of using the restroom after sitting in the vehicle for an extended amount of time. We both shouted to no avail when in my annebreated state came up with a less than bright solution to the problem. I had used a lighter that the officers had left on my person to set a small fire to a second pair of pants I was wearing to get someones attention with smoke. I did not damage thier vehicle as they had reported using the vehicle a half hour after the situation. I was however charged and served a 30 day sentence in the DeKalb County Jail. Again, I had come to the conclusion that if I did not stop my drinking that it would one day be the death of me or worse, some one else. Now these stated situations are the worst of my wreckless behavior. Aside from those situations I am generally a very kind and passionate guy, a very passive agressive person. I'm a High School graduate from the Chicago Academy for the Arts for visual art, music, media and design. I preach nothing but love and equality, your Honor. Allthough it may seem I'm a constant neusance to the law, the majority of my offenses have been non-violent and stem from my personal battle with addiction and the trivial burden it has had on my young adult life. I am aware that it is not fair to place that burden upon society and with the proper help I can be freed of such a terrible affliction. I promise you, your Honor, I have a strong and helpfull support system awaiting my release from prison. I've worked corresponding with my Mother, Vera Kuczmarski, in setting up program that will tackle all the angles of becoming a proper member of society. I have a place in Manteno, where I can live with her away from all the bad influences that lay in Chicago. She has agreed to help me aquire a driver's license and find good locations to apply for work. I will continue the Methadone Maintainance Program through Duwayne Dean Clinics in Kankakee where I would also be assisted in groups, psychiatric care and seek financial aid. And in the future, your Honor, when it comes to lending a voice in matters that address something I feel strongly about wether it be Police Brutality or Equal Civil Rights, I will do so in a more passive and positive manner than before. I will vote when it comes time to vote and involve myself in programs that portray Chicago and its Residence in the proper light it deserves. Thank you for your time, your Honor, see you in June.

*Timothy O'Donnell*





Timothy O'Donnell
RN # 55015-424
CHICAGO
METROPOLITAN CORRECTIONAL CENTER
71st. W. Van Buren St.
CHICAGO, IL 60605

RECEIVED
2022 JUN 1 AM 8:17

Judge Andrea R. Woods
Courtroom 1925 Chambers 1956
Dirksen U.S. Courthouse, District Court
219 S. Dearborn St,
CHICAGO, IL 60604

06/01/2022-46

LEGAL MAIL

METROPOLITAN CORRECTIONAL CENTER
71 W VAN BUREN ST, CHICAGO IL 606005

If this correspondence bears a stamp, your letter has neither been opened nor inspected.

MAY 2 · 2022

If you have a question or problem over which this facility has jurisdiction, you may wish to return the material to future information or clarification. If the addressee is not incarcerated, try sending to another address associated with the addressee, or closure to the above address.